400 A.2d 613

Commonwealth v. Ward, Appellant.

Argued December 4, 1978. Willis W. Berry, Jr., appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.

400 A.2d 614

Commonwealth v. Wilson, Appellant.

Petition for Allowance of Appeal Denied March 30, 1979.

Argued December 4, 1978. Sylvia Meek, for appellant; Robert W. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.